UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>    Petitioner,<br><br>    v.<br><br>DISTRICT ATTORNEY OFFICE,<br><br>    Respondent. | Case No.  2:23-cv-00460-JDP (HC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO SEND PETITIONER A FEDERAL HABEAS FORM AND APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Petitioner, who is incarcerated in the Sacramento County Jail, has filed a petition for habeas corpus addressed to the Sacramento County Superior Court. ECF No. 1. It is also filed on a state court form. *Id.* I cannot tell whether petitioner intended to file his petition in federal court or if the filing is a mistake. Out of an abundance of caution, I will direct the Clerk of Court to send petitioner a federal habeas form and an application to proceed *in forma pauperis*. If petitioner wishes to proceed in federal court, he must complete the federal habeas form and either pay the five-dollar fee or return the completed application to proceed *in forma pauperis*. If the filing was a mistake and he intends to proceed in state court, he may submit a filing indicating as much, and I will then recommend that this case be closed.

    It is ORDERED that:

    1.    The Clerk of Court is directed to send petitioner a federal § 2254 habeas form and an application to proceed *in forma pauperis* with this order.

1

2. Within thirty days of this order's entry, petitioner should submit his federal petition and take care of the filing fee. If this filing was a mistake, he may submit a short statement indicating as much.

IT IS SO ORDERED.

Dated:   March 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE