UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DISTRICT ATTORNEY OFFICE,<br><br>　　　　Respondent. | Case No.　2:23-cv-00460-JDP (HC)<br><br>ORDER |

　　　　On March 27, 2023, after petitioner filed a state habeas form, I directed him to file a petition on a federal habeas form and either pay the filing fee or submit a completed application to proceed *in forma pauperis* if he wished to proceed with this action. ECF No. 3. Petitioner responded by voluntarily dismissing this action on April 20, 2023, ECF No. 5, and the case was closed. Then, on May 5 and May 11, 2023, petitioner filed two motions to reopen this case. ECF Nos. 7 & 8. I will grant the latter and deny the former as moot.

　　　　It is ORDERED that:

　　　　1.　　Petitioner's motion to reopen case, ECF No.8, is GRANTED and the motion to reopen case, ECF No. 7, is DENIED as redundant.

　　　　2.　　The Clerk of Court is directed to re-open this case and send petitioner a federal habeas form and an application to proceed *in forma pauperis*.

3. Within thirty days of this order's entry, petitioner should submit his federal petition and take care of the filing fee.

IT IS SO ORDERED.

Dated: __July 5, 2023__

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE