1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT TAYLOR,                    No.  2:23-cv-00460-DAD-JDP (HC)

12            Petitioner,             ORDER DENYING PETITIONER'S MOTION
                                      FOR THE APPOINTMENT OF COUNSEL
13       v.
                                      ECF No. 17
14  DISTRICT ATTORNEY OFFICE,

15            Respondent.

16

17        Petitioner has requested the appointment of counsel.  There is no absolute right to

18  appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir.

19  1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the

20  case "if the interests of justice so require."  *See* Rule 8(c), Fed. R. Governing § 2254 Cases.  In

21  the present case, the court does not find that the interests of justice would be served by the

22  appointment of counsel at the present time.[1]

23        Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of

24  counsel, ECF No. 17, is denied without prejudice.

---

[1] The court understands from petitioner's filing that he may be seeking appointment of alternative counsel in a state criminal proceeding.  It appears that petitioner's panel attorney Peter Wyatt was removed as his counsel in 2022, but Judge Davis re-appointed Mr. Wyatt for petitioner's upcoming trial.  Petitioner asks whether this court can prevent Mr. Wyatt from representing him.  It cannot.  This court has no authority to remove counsel in an ongoing state proceeding.

1

IT IS SO ORDERED.

Dated:    December 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2